No. 04–1080. NWOKE v. PALMER. C. A. 7th Cir. Certiorari denied.

No. 04–1081. CROSBY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED v. BOWATER INCORPORATED RETIREMENT PLAN FOR SALARIED EMPLOYEES OF GREAT NORTHERN PAPER INC. ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–1085. DRINKWATER v. PARKER, MCCAY & CRISCUOLO. Super. Ct. N. J., App. Div. Certiorari denied.

No. 04–1088. SILVA ET UX. v. GONZALES, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 04–1089. ROSE v. LEBOVIDGE, MASSACHUSETTS COMMISSIONER OF REVENUE. C. A. 1st Cir. Certiorari denied.

No. 04–1091. AMAECHI v. UNIVERSITY OF KENTUCKY, COLLEGE OF EDUCATION, ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–1092. S. E. W. FRIEL ET AL. v. MARYLAND STATE ROADS COMMISSION ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 04–1096. SAUDI v. ACOMARIT MARITIMES SERVICES, S. A. C. A. 3d Cir. Certiorari denied.

No. 04–1098. JOU v. FIRST INSURANCE COMPANY OF HAWAII, LTD. Sup. Ct. Haw. Certiorari denied.

No. 04–1099. STAVROPOULOS v. FIRESTONE ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–1100. CUVILLIER v. ROCKDALE COUNTY, GEORGIA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–1101. ZURLA v. CITY OF DAYTONA BEACH, FLORIDA, ET AL. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.